

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00308-CV

**IN THE INTEREST OF M.A.C.**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021EM503388
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

On August 30, 2022, this court received appellant's brief. The brief violates Texas Rule of Appellate Procedure 38 in that it does not (1) identify the parties and counsel; (2) include a table of contents; (3) include an index of authorities; (4) include a statement of the case; (5) include a brief statement of the issues presented; (6) include record references in the statement of facts; (7) include a summary of the argument; (8) include a conclusion stating the nature of the relief sought. *See* TEX. R. APP. P. 38.1. While substantial compliance with Rule 38 is sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See* TEX. R. APP. P. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.

We, therefore, ORDER Appellant Guillermo Valverde III to file an amended brief within twenty days from the date of this order. If the amended brief does not correct the violations, we may strike the brief and prohibit appellant from filing another. *See* TEX. R. APP. P. 38.9(a); *see also id.* 42.3(c) (allowing dismissal of appellant's appeal if appellant fails to comply with a requirement of the Texas Rules of Appellate Procedure or an order of this court).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court